LEE GORDON STEADMAN V. THE STATE.

No. 22609. Delivered November 3, 1943.
Rehearing Denied January 5, 1944.

The opinion states the case.

*Elihu E. Berwald* and *Max R. Rosenfield,* both of Dallas, for appellant.

*Spurgeon E. Bell,* State's Attorney, of Austin, for the State.

BEAUCHAMP, Judge.

Appellant pleaded guilty to murder without malice before the court without a jury and was assessed a penalty of two years in the State penitentiary, from which he appeals.

The indictment is regular. The record contains no bills of exception and no statement of facts. Nothing is presented for our consideration.

The judgment of the trial court is affirmed.

ON MOTION FOR REHEARING.

DAVIDSON, Judge.

In his motion for rehearing, appellant for the first time attacks the sufficiency of the indictment to support the conviction.

The indictment follows substantially that which has been approved by this Court. Simmons v. State, 169 S. W. (2d) 171; Houston v. State, 158 S. W. (2d) 1004, 143 Tex. Cr. R. 460.

The motion for rehearing is overruled.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.